# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JENA K. PAIGE and JAMAL PAIGE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | Case No. CV410-210 |

## REPORT AND RECOMMENDATION

Jena Paige, a frequent filer in this Court, has again filed suit against the United States contending that she was fraudulently discharged from the United States Air Force. (Doc. 1.) The complaint is nearly a carbon copy duplicate of her last complaint, which was ultimately dismissed as frivolous and is currently on appeal before the Eleventh Circuit. *See Paige v. United States*, No. CV409-182, doc. 1 (S.D. Ga. Apr. 7, 2010); *see also Paige v. United States Air Force*, No. CV406-254 (S.D. Ga. Mar. 26, 2007) (complaint alleging wrongful discharge, harassment, assault, arrest (false presumably), and

defamation, construed by the Court as a Title VII action and voluntarily dismissed after the Court ordered her to provide documentation that she exhausted her administrative remedies); *Paige v. United States*, No. CV407-151 (S.D. Ga. Nov. 30, 2007) (nearly identical complaint, again construed as a Title VII action and dismissed for her failure to exhaust her administrative remedies or state a claim); *Paige v. United States*, No. CV408-071 (S.D. Ga. Dec. 6, 2008) (complaint alleging wrongful discharge, harassment, assault, false arrest, character defamation, and false accusations of child neglect, removed from state court and dismissed for failure to exhaust administrative remedies and for failure to state a claim).[1]  Fitting her *modus operandi*, she has added another wrinkle to the matter.  This time, she names her son as co-plaintiff, though he has not signed the complaint.  (Doc. 1 at 1.)  His inclusion is not enough to save this suit.  As the Court has *repeatedly* explained to her, her claims are frivolous, duplicative, *and* time-barred.  Adding her son as plaintiff does not save her complaint.  *See* 28 U.S.C. § 2675(a)

---

[1] It also appears that she has litigated her case in the United States Court of Federal Claims.  *Paige v. United States*, No. CV10-128 (Fed. Cl. Oct. 15, 2007) (dismissed for lack of subject matter jurisdiction).

(administrative exhaustion required before filing suit under Federal Tort Claims Act ("FTCA")); 28 U.S.C. § 2401 (FTCA claims must be presented in writing to the appropriate Federal agency within two years after the claim accrues).

Paige's motion to proceed *in forma pauperis* (doc. 2) is **GRANTED**, but this case should be **DISMISSED**. She is advised that her crusade against the United States is at an end. Paige should be **ENJOINED** from filing any further complaints relating to her discharge from the United States Air Force. Should she file another such complaint, she will be subject to contempt sanctions for violating the Court's injunction. In order to properly execute this Order, the Clerk should be **DIRECTED** to (1) create a miscellaneous civil case assigned to Judge B. Avant Edenfield; (2) caption it *In re Paige*; (3) place this R&R, if adopted, as the first filing in that case; and (4) file into it future Paige complaints. The undersigned will then examine each new complaint to determine whether this standing order has been violated; if so, properly tailored contempt sanctions will be recommended. Otherwise, the undersigned will direct the Clerk to file the complaint in

its own case.

**SO REPORTED AND RECOMMENDED** this  14th  day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA